NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

05-368

JAMES D. NAILS, ET AL

VERSUS

NICKOLOS D. HUMPHRIES AND STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY

**************
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, DOCKET NO. 20025283
HONORABLE KRISTIAN EARLES, DISTRICT JUDGE

**************
SYLVIA R. COOKS
JUDGE
**************

Court composed of Sylvia R. Cooks, John D. Saunders, Oswald A. Decuir, Marc T. Amy, and J. David Painter, Judges.

Amy, J., dissents and assigns written reasons.

**AFFIRMED AS AMENDED.**

Todd G. Crawford
Daigle, Crawford and Jamison, L.L.C.
303 West Vermilion Street, Suite 210
P.O. Box 3667
Lafayette, Louisiana 70502-3667
(337) 234-7000
COUNSEL FOR APPELLEES/ CROSS APPELLANT:
        James D. Nails and Vicki Dianne Nails

Ian A. MacDonald
Perret Doise
600 Jefferson Street, Suite 1200
P.O. Drawer 3408
Lafayette, Louisiana 70502-3408
(337) 262-9000
        COUNSEL FOR APPELLANT:
USAgencies Casualty Insurance Company